**Order entered September 16, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00760-CV

## DALLAS COUNTY HOSPITAL DISTRICT
## D/B/A PARKLAND HEALTH & HOSPITAL SYSTEM, Appellant

## V.

## DELLA MAE WILLIAMS, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-18710**

### ORDER

Before the Court is appellant's September 14, 2020 unopposed motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **October 1, 2020**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE